## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**BARBARA BEAVERS; MONICA**
**CABLE; LAURA KNIGHT; and**
**PAMELA MILLER**                                                 **APPELLANTS/PLAINTIFFS**

**VS**                                               **CIVIL ACTION NO.: 3:19cv 735-DPJ-FKB**

**CITY OF JACKSON, MISSISSIPPI**                            **APPELLEE/DEFENDANT**

## DEFENDANTS' RESPONSE TO
## PLAINTIFFS' MOTION FOR ATTORNEYS' FEES

COMES NOW the Defendant, City of Jackson, Mississippi ("Defendant" or "City"), through the undersigned counsel, and files this Response of the City of Jackson, Mississippi, to Plaintiffs' Motion for Attorneys' Fees [15] filed on February 18, 2020, in response to the Court's Order [13] granting Plaintiffs' Motion to Remand [3] and awarding reasonable attorneys' fees and costs pursuant to 28 U.S.C. § 1447(c).  Order [13] pp. 8-9, 11.

1.      Defendant timely removed this action, causing minimal delay in the litigation of Plaintiffs' claims.

2.      Defendant has submitted an affidavit from attorney Samuel L. Begley which states that in his opinion and experience, Mr. Rice's time spent related to Defendant's removal is excessive considering the complexity of the case, the nature of the issues in controversy, and the minimal amount of work required in this matter.

3.      Plaintiffs' Itemized Statement of Hours Spent by Aaron R. Rice offers little detail for the Court to evaluate the reasonableness of time spent on researching and drafting the two

memoranda that substantially comprise the 85.6 hours claimed by Mr. Rice for work on removal, or the memorandum for Plaintiffs' fee request which substantially comprises the 12.6 hours claimed for Plaintiffs' fee request.

4.  Plaintiffs' hours expended as set forth in Itemized Statement of Hours Spent by Aaron R. Rice are excessive and lack billing judgment.

5.  Defendant relies on its Memorandum in Support of its Response to Plaintiffs' Motion for Attorneys' Fees, filed contemporaneously herewith, as well as Exhibit 1, Affidavit of Samuel L. Begley, attached hereto.

WHEREFORE, Defendant respectfully requests that this Court reduce Plaintiffs' request for attorney fees to not more than $4,800.

RESPECTFULLY SUBMITTED, this the 3rd day of March, 2020.

                        CITY OF JACKSON, MISSISSIPPI

                        By: s/*Paige Wilkins*_____
                        Timothy Howard, MSB # 10687
                        City Attorney for the City of Jackson, Mississippi
                        J. Paige Wilkins, MSB # 102052
                        Deputy City Attorney

OF COUNSEL:
OFFICE OF THE CITY ATTORNEY
LaShundra Jackson-Winters, MSB # 101143
Deputy City Attorney
James Anderson, Jr., MSB # 8425
Deputy City Attorney
455 East Capitol Street
Post Office Box 2779
Jackson, Mississippi 39207-2779
601-960-1799 (office)
601-960-1756 (facsimile)

**CERTIFICATE OF SERVICE**

The undersigned certifies that she has this day transmitted via electronic filing and/or U.S. Mail, a true and correct copy of the foregoing to the following:

Zach Wallace
Hinds County Circuit Clerk
403 East Pascagoula Street
Jackson, MS 39201
zwallace@co.hinds.ms.us

Aaron R. Rice
Mississippi Justice Institute
520 George St.
Jackson, MS 39202
Aaron.rice@msjustice.org

Steven J. Griffin
Daniel Coker Horton & Bell, P.A.
4400 Old Canton Road, Suite 400
Jackson, MS 39215
sgriffin@danielcoker.com

So certified, this the 3rd day of March, 2020.

By: s/*Paige Wilkins*_____
Timothy Howard, MSB # 10687
City Attorney for the City of Jackson, Mississippi
J. Paige Wilkins, MSB # 102052

OF COUNSEL:
OFFICE OF THE CITY ATTORNEY
LaShundra Jackson-Winters, MSB # 101143
Deputy City Attorney
James Anderson, Jr., MSB # 8425
Deputy City Attorney
455 East Capitol Street
Post Office Box 2779
Jackson, Mississippi 39207-2779
601-960-1799 (office)
601-960-1756 (facsimile)